## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEITH JOHNSON; JEANETTE ELLEDGE; PATRICIA P. HARTNETT; SAMUEL HIGGINBOTTOM, AND GARY SWAGER<br><br>Plaintiffs,<br><br>v.<br><br>GRANT COUNT, A POLITICAL SUBDIVISION OF THE STATE OF WASHINGTON; DARRYL PHEASANT, INDIVIDUALLY AND IN HIS OFFICEAL CAPACITY AS THE GRANT COUNTY TREASURER; BANK OF AMERICA, N.A. AND U.S. BANK, N.A.<br><br>Defendants. | **NO. CV-09-270 LRS**<br><br>ORDER OF DISMISSAL REGARDING DEFENDANTS GRANT COUNTY AND DARRYL PHEASANT BY JEANETTE ELLEDGE, PATRICIA P. HARTNETT, and SAMUEL HIGGINBOTTOM |

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** having come on for hearing without oral argument on stipulation of plaintiffs JEANETTE ELLEDGE; PATRICIA P. HARTNETT; SAMUEL HIGGINBOTTOM and the

ORDER OF DISMISSAL REGARDING
DEFENDANTS GRANT COUNTY AND DARRYL
PHEASANT BY ELLEDGE, HARTNETT, HIGGINBOTTOM

named defendants and it appearing to the Court that all matters in controversy herein have been fully compromised and settled between them, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that the stipulation, Ct. Rec. 46, is approved and all claims in this action brought or maintained by JEANETTE ELLEDGE; PATRICIA P. HARTNETT; SAMUEL HIGGINBOTTOM against GRANT COUNT, A POLITICAL SUBDIVISION OF THE STATE OF WASHINGTON; DARRYL PHEASANT, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS THE GRANT COUNTY TREASURER; shall be and the same is hereby dismissed with prejudice and without cost to either party.

DATED this 30th day of March, 2010.

*s/Lonny R. Suko*
_____
LONNY R. Suko
CHIEF U.S. DISTRICT COURT JUDGE