UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| KEITH JOHNSON; JEANETTE ELLEDGE; PATRICIA F. HARTNETT; SAMUEL HIGGINBOTTOM; and GARY SWAGER,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>GRANT COUNTY, a political subdivision of the State of Washington; DARRYL PHEASANT, individually and in his official capacity as the Grant County Treasurer; BANK OF AMERICA, N.A.; and U.S. BANK, N.A.,<br><br>　　　　Defendants. | No.   CV-09-00270-LRS<br><br>ORDER OF DISMISSAL RE: DEFENDANTS BANK OF AMERICA, N.A. AND U.S. BANK, N.A. BY KEITH JOHNSON |

## **ORDER OF DISMISSAL WITH PREJUDICE**

**THIS MATTER** having come on for hearing without oral argument on

ORDER OF DISMISSAL RE: DEFENDANTS BANK OF
AMERICA, N.A. AND U.S. BANK, N.A. BY KEITH JOHNSON - 1

stipulation of Plaintiff Keith Johnson and Defendants Bank of America, N.A. and U.S. Bank, N.A., Ct. Rec. 49, and it appearing to the Court that all matters in controversy herein have been fully compromised and settled amongst them, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that the Stipulation, Ct. Rec. 49, is approved and all claims in this action brought or maintained by Keith Johnson against Bank of America, N.A. and U.S. Bank, N.A., and all cross-claims brought or maintained by U.S. Bank, N.A. against Bank of America, N.A. shall be and the same are hereby dismissed with prejudice and without cost to any of the said parties. The District Court Executive is directed to file this Order, provide copies to counsel and the caption should be modified accordingly.

DATED this 26th day of April 2010.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
CHIEF U.S. DISTRICT COURT JUDGE