**HONORABLE LONNY R. SUKO**

**Jerry J. Moberg & Associates**
Jerry J. Moberg
451 Diamond Drive
Ephrata, WA 98823
(509) 754-2027

Attorney for Defendants Grant County and Darryl Pheasant

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON
### AT SPOKANE

| | |
|---|---|
| KEITH JOHNSON; JEANETTE ELLEDGE; PATRICIA P. HARTNETT; SAMUEL HIGGINBOTTOM, AND GARY SWAGER<br><br>Plaintiffs,<br>v.<br><br>GRANT COUNT, A POLITICAL SUBDIVISION OF THE STATE OF WASHINGTON; DARRYL PHEASANT, INDIVIDUALLY AND IN HIS OFFICEAL CAPACITY AS THE GRANT COUNTY TREASURER; BANK OF AMERICA, N.A. AND U.S. BANK, N.A.<br><br>Defendants. | NO. CV-09-270 LRS<br><br>ORDER OF DISMISSAL REGARDING DEFENDANTS GRANT COUNTY AND DARRYL PHEASANT BY KEITH JOHNSON AND GARY SWAGER |

C:\DOCUME~1\thompson\LOCALS~1\Temp\notesBAAA25\135640.doc
ORDER OF DISMISSAL OF
DEFENDANTS GRANT COUNTY & DARRYL PHEASANT
BY KEITH JOHNSON AND GARY SWAGER

Jerry J. Moberg & Associates
Attorneys At Law
451 Diamond Drive
Ephrata, WA 98823
(509) 754-2356 / Fax (509) 754-4202

Page -- 1

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** having come on for hearing without oral argument on stipulation of plaintiffs KEITH JOHNSON & GARY SWAGER and the named defendants, Ct. Rec. 51, and it appearing to the Court that all matters in controversy herein have been fully compromised and settled between them, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that all claims in this action brought or maintained by KEITH JOHNSON AND GARY SWAGER against GRANT COUNT, A POLITICAL SUBDIVISION OF THE STATE OF WASHINGTON; DARRYL PHEASANT, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS THE GRANT COUNTY TREASURER; shall be and the same is hereby dismissed with prejudice and without cost to any of the parties. The District Court Executive shall close this file.

DATED May 7, 2010.

s/Lonny R. Suko

LONNY R. SUKO
Chief U.S. District Court Judge

C:\DOCUME~1\thompson\LOCALS~1\Temp\notesBAAA25\135640.doc
ORDER OF DISMISSAL OF
DEFENDANTS GRANT COUNTY & DARRYL PHEASANT
BY KEITH JOHNSON AND GARY SWAGER

Jerry J. Moberg & Associates
Attorneys At Law
451 Diamond Drive
Ephrata, WA 98823
(509) 754-2356 / Fax (509) 754-4202

Page -- 2

1  Presented By:

2  JERRY J. MOBERG & ASSOCIATES

3
   <u>/s/ Jerry J. Moberg, via ECF</u>
4  Jerry J. Moberg, WSBA #5282
   Attorney for Defendants Grant County &
5  Darryl Pheasant

6

7
   PREMIRE LAW GROUP
8

9  By: <u>/s/ Patrick J. Kang, via email authorization</u>
   Patrick J. Kang, WSBA No. 30726
10 Attorney for Plaintiffs

11

12

13

14

15

16

17

18

19

20

21

22

23
   C:\DOCUME~1\thompson\LOCALS~1\Temp\notesBAAA25\135640.doc
24   ORDER OF DISMISSAL OF
     DEFENDANTS GRANT COUNTY & DARRYL PHEASANT
     BY KEITH JOHNSON AND GARY SWAGER

Jerry J. Moberg & Associates
Attorneys At Law
451 Diamond Drive
Ephrata, WA  98823
(509) 754-2356 / Fax (509) 754-4202